MORGAN, LEWIS & BOCKIUS LLP
MICHAEL J. LAWSON, State Bar No. 66547
JAMI WINTZ MCKEON, State Bar No. 237923
JOSEPH E. FLOREN, State Bar No. 168292
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: michael.lawson@morganlewis.com
   jmckeon@morganlewis.com
   jfloren@morganlewis.com

Attorneys for Defendant
THE GOLDMAN SACHS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH AVENIUS, an individual, et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>BANC OF AMERICA SECURITIES LLC, et al.,<br><br>   Defendants. | Case No. C 06-4458-JL<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT** |

  WHEREAS, this action was removed to this Court by Defendants from the California Superior Court for San Francisco County on July 21, 2006;

  WHEREAS, Plaintiffs have advised Defendants that they intend to file a motion to remand this action to the state court from which it was removed; and

  WHEREAS, the parties agree that Defendants should not be required to file their responses to the Complaint, which Defendants have advised will be motions, until after the determination of Plaintiffs' motion to remand the action,

  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties, that the time for Defendants to answer, plead, move against, or otherwise respond to the Complaint in this action shall be extended until thirty (30)

days after the Court issues its ruling upon Plaintiffs' motion to remand the action. Plaintiffs agree not to treat any failure to respond by any Defendant before that time as a default.

**SO STIPULATED AND AGREED.**

Dated: July 28, 2006             MORGAN, LEWIS & BOCKIUS LLP

                                 By:      /s/
                                       Joseph E. Floren
                                 Attorneys for Defendant
                                 THE GOLDMAN SACHS GROUP, INC.

<u>E-Filing Attestation</u>   I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45 X.B., I hereby attest that each of the ten signatories identified below has concurred in this filing.

Dated: July 28, 2006             DAVIS POLK & WARDWELL

                                 By:      /s/
                                       Arthur J. Burke
                                 Attorneys for Defendant
                                 MORGAN STANLEY & CO. INCORPORATED

Dated: July 28, 2006             PROSKAUER ROSE LLP

                                 By:      /s/
                                       Michael A. Firestein
                                 Attorneys for Defendant
                                 BEAR, STEARNS SECURITIES CORP.

Dated: July 28, 2006             KIRKLAND & ELLIS LLP

                                 By:      /s/
                                       Mark E. McKane
                                 Attorneys for Defendant
                                 UBS FINANCIAL SERVICES, INC.

| | | |
|---|---|---|
| 1 | Dated: July 28, 2006 | WILMER CUTLER PICKERING HALE & DORR LLP |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | Mark D. Flanagan<br>Attorneys for Defendants |
| 5 | | CITIGROUP, INC. and<br>CREDIT SUISSE (USA) INC. |
| 6 | | |
| 7 | Dated: July 28, 2006 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 8 | | |
| 9 | | By: _____/s/_____ |
| 10 | | James E. Lyons<br>Attorneys for Defendant |
| 11 | | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED |
| 12 | | |
| 13 | Dated: July 28, 2006 | HELLER EHRMAN LLP |
| 14 | | |
| 15 | | By: _____/s/_____<br>Michael J. Shepard |
| 16 | | Attorneys for Defendant<br>LEHMAN BROTHERS INC. |
| 17 | | |
| 18 | Dated: July 28, 2006 | FENWICK & WEST |
| 19 | | |
| 20 | | By: _____/s/_____<br>Dean S. Kristy |
| 21 | | Attorneys for Defendant<br>DEUTSCHE BANK SECURITIES INC. |
| 22 | | |
| 23 | Dated: July 28, 2006 | O'MELVENY & MYERS LLP |
| 24 | | |
| 25 | | By: _____/s/_____<br>Christopher D. Catalano |
| 26 | | Attorneys for Defendant<br>BANC OF AMERICA SECURITIES LLC |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: July 28, 2006 | CLIFFORD CHANCE US LLP |
| 2 | | |
| 3 | | By: /s/ <br>Daniel R. Harris |
| 4 | | Attorneys for Defendant<br>THE BANK OF NEW YORK |
| 5 | | |
| 6 | Dated: July 28, 2006 | STEIN & LUBIN LLP |
| 7 | | |
| 8 | | By: /s/ <br>Theodore A. Griffinger<br>Attorneys for Plaintiffs |

1-SF/7396244.1

**IT IS SO ORDERED**
/s/ Martin J. Jenkins
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
8/22/2006

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION EXTENDING TIME TO
RESPOND TO COMPLAINT (C-06-4458-JL)