MORGAN, LEWIS & BOCKIUS LLP
MICHAEL J. LAWSON, State Bar No. 66547
JAMI WINTZ MCKEON, State Bar No. 237923
JOSEPH E. FLOREN, State Bar No. 168292
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: michael.lawson@morganlewis.com
jmckeon@morganlewis.com
jfloren@morganlewis.com

Attorneys for Defendant
THE GOLDMAN SACHS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH AVENIUS, an individual, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BANC OF AMERICA SECURITIES LLC, et al.,<br><br>Defendants. | Case No. C 06-4458-MJJ<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO REMAND; PROPOSED ORDER**<br><br>New Hearing Date: October 17, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom 11<br>Judge: Hon. Martin J. Jenkins |

WHEREAS, on August 16, 2006, Plaintiffs filed a Motion to Remand this action to the California Superior Court ("Motion to Remand"), noticed for hearing before the Court on September 26, 2006,

NOW, THEREFORE, ALL PARTIES HEREBY STIPULATE AND AGREE as follows:

1. Subject to the Court's approval, the hearing on Plaintiff's Motion to Remand is hereby continued to 9:30 a.m. on October 17, 2006, or such later date and time as the Court may order.

2. Defendants' papers in opposition to Plaintiffs' Motion to Remand shall be served and filed by September 19, 2006. Plaintiffs' reply papers, if any, in support of the Motion to Remand shall be served and filed by October 3, 2006.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING TIME TO
RESPOND TO COMPLAINT (C-06-4458-JL)

1 **SO STIPULATED AND AGREED.**

2 Dated: August 24, 2006          MORGAN, LEWIS & BOCKIUS LLP

By:      /s/
         Joseph E. Floren
Attorneys for Defendant
THE GOLDMAN SACHS GROUP, INC.

7 <u>E-Filing Attestation</u>    I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45 X.B., I hereby attest that each of the ten signatories identified below has concurred in this filing.

11 Dated: August 24, 2006          DAVIS POLK & WARDWELL

By:      /s/
         Thomas D. Nolan III
Attorneys for Defendant
MORGAN STANLEY & CO. INCORPORATED

16 Dated: August 24, 2006          PROSKAUER ROSE LLP

By:      /s/
         Michael A. Firestein
Attorneys for Defendant
BEAR, STEARNS SECURITIES CORP.

21 Dated: August 24, 2006          KIRKLAND & ELLIS LLP

By:      /s/
         Mark E. McKane
Attorneys for Defendant
UBS FINANCIAL SERVICES, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2     STIPULATION EXTENDING TIME TO
RESPOND TO COMPLAINT (C-06-4458-JL)

| | | |
|---|---|---|
| 1 | Dated: August 24, 2006 | WILMER CUTLER PICKERING HALE & DORR LLP |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | Mark D. Flanagan<br>Attorneys for Defendants<br>CITIGROUP, INC. and |
| 5 | | CREDIT SUISSE (USA) INC. |
| 6 | | |
| 7 | Dated: August 24, 2006 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 8 | | |
| 9 | | By: _____/s/_____ |
| 10 | | James E. Lyons<br>Attorneys for Defendant |
| 11 | | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED |
| 12 | | |
| 13 | Dated: August 24, 2006 | HELLER EHRMAN LLP |
| 14 | | |
| 15 | | By: _____/s/_____<br>Michael J. Shepard |
| 16 | | Attorneys for Defendant<br>LEHMAN BROTHERS INC. |
| 17 | | |
| 18 | Dated: August 24, 2006 | FENWICK & WEST |
| 19 | | |
| 20 | | By: _____/s/_____<br>Dean S. Kristy |
| 21 | | Attorneys for Defendant<br>DEUTSCHE BANK SECURITIES INC. |
| 22 | | |
| 23 | Dated: August 24, 2006 | O'MELVENY & MYERS LLP |
| 24 | | |
| 25 | | By: _____/s/_____<br>Christopher D. Catalano |
| 26 | | Attorneys for Defendant<br>BANC OF AMERICA SECURITIES LLC |
| 27 | | |
| 28 | | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3     STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (C-06-4458-JL)

| | | |
|---|---|---|
| 1 | Dated: August 24, 2006 | CLIFFORD CHANCE US LLP |
| 2 | | |
| 3 | | By: _____/s/_____<br>Daniel R. Harris |
| 4 | | Attorneys for Defendant<br>THE BANK OF NEW YORK |
| 5 | | |
| 6 | Dated: August 31, 2006 | STEIN & LUBIN LLP |
| 7 | | |
| 8 | | By: _____/s/_____<br>Theodore A. Griffinger<br>Attorneys for Plaintiffs |

**O R D E R**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/13, 2006

_____/s/ Martin J. Jenkins_____
Hon. Martin J. Jenkins
United States District Judge

1-SF/7406612.1