Case 3:06-cv-04458-MJJ   Document 43   Filed 09/11/2006   Page 1 of 2

1  THOMAS D. NOLAN, III (State Bar No. 238213)
   DAVIS POLK & WARDWELL
2  1600 El Camino Real
   Menlo Park, California 94025
3  Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
4
   E-filing
   Attorneys for Defendant
5  Morgan Stanley & Co., Inc.



FILED
SEP 15 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNLIMITED CIVIL JURISDICTION

| | |
|---|---|
| JOSEPH AVENIUS, an individual; JUANITA AVENIUS, an individual; JOHN BRADSHAW, an individual; LIZABETH BRADSHAW, an individual; MARK BRADY, an individual; DAVID CONCORDIA, an individual, RICHARD CONTI, an individual; DYNAPURE TECHNOLOGIES, INC., a Nevada corporation; DAVID EVERSWICK, an individual; JOYCE EVERSWICK, an individual; LAWRENCE GRECO, an individual; FEB GRUBMAN, an individual; EDWARD HATCH, an individual; DONALD JOHNSON, an individual; ANTHONY KEHLENBECK, an individual; MARK KOLESINKSY, an individual; DAVID LOUNDY, an individual; MICHAEL MATHER, an individual; PHILLIP MATTHEWS, an individual; DONALD MILLER, an individual; MARY ANNE MILLER, an individual; DANIEL PALERMO, an individual; QUINTET, LLC, a Nevada limited liability company; JEFFERY W. RHOADS, an individual; ROBIN RODABAUGH, an individual; PETER ROSEN, an individual; ALAN ROSS, an individual; DAVID RUBIN, an individual; ALLEN SHINN, an individual; RIZALINA SMART, an individual; ROBERT SMYKOWSKI, an individual; THOMAS VALLARINO, an individual; LEONARD VIDAL, an individual; VALERIE VIDAL, an individual; IRA WALTER, an individual; | Case No.: C-06 4458<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

1

NOTICE OF SUBSTITUTION OF COUNSEL

| | |
|---|---|
| 1<br>2<br>3 | LINDA WALTER, an individual; NORMAN WALTER, an individual; DORIS WALTER, an individual; ROBERT WILEN, an individual; |
| 4 | JEFFREY WILLIAMS, an individual, |
| 5 | Plaintiff(s), |
| 6 | v. |
| 7<br>8<br>9<br>10<br>11<br>12 | BANC OF AMERICA SECURITIES LLC; THE BANK OF NEW YORK; BEAR, STEARNS SECURITIES CORP.; CITIGROUP, INC.; CREDIT SUISSE (USA) INC.; DEUTSCHE BANK SECURITIES, INC.; THE GOLDMAN SACHS GROUP, INC.; LEHMAN BROTHERS INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; MORGAN STANLEY & CO., INCORPORATED; UBS FINANCIAL SERVICES, INC.; and DOES 1 through 100, |
| 13 | Defendant(s). |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, I, Thomas D. Nolan, III, hereby request to be removed as attorney of record for Defendant, Morgan Stanley& Co., Inc. Also effective immediately, Rajat Soni, is hereby substituted as counsel of record.

Dated:   September 8, 2006                                  DAVIS POLK & WARDWELL

By: _____
Thomas D. Nolan, III

IT IS SO ORDERED

/s/ Martin J. Jenkins

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

9/15/06
DATE

1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:   (650) 752-2111

Attorneys for Morgan Stanley & Co., Inc.