THEODORE A. GRIFFINGER, JR. (SBN 66028)
ELLEN A. CIRANGLE (SBN 164188)
TANYA HERRERA (SBN 177790)
STEIN & LUBIN LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
Email: tgriffinger@steinlubin.com
Email: ecirangle@steinlubin.com
Email: therrera@steinlubin.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AVENIUS, an individual; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BANC OF AMERICA SECURITIES LLC; THE BANK OF NEW YORK; BEAR, STEARNS SECURITIES CORP.; CITIGROUP, INC.; CREDIT SUISSE (USA) INC.; DEUTSCHE BANK SECURITIES, INC.; THE GOLDMAN SACHS GROUP, INC.; LEHMAN BROTHERS INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; MORGAN STANLEY & CO., INCORPORATED; UBS FINANCIAL SERVICES, INC.; and DOES 1 through 100,<br><br>Defendants. | Case No. 06-4458 MJJ<br><br>**STIPULATION AND [~~~~~~~~~~]**<br>**ORDER REGARDING INITIAL CASE**<br>**MANAGEMENT CONFERENCE**<br><br>The Honorable Martin J. Jenkins<br><br>Action Filed: July 21, 2006<br>Trial Date: None Set |

WHEREAS, plaintiffs originally filed their complaint in Superior Court for the City and County of San Francisco on or about June 22, 2006;

WHEREAS, defendants removed plaintiffs' complaint to this Court on or about July 21, 2006;

WHEREAS, the Court's Order Setting Initial Case Management Conference and ADR Deadlines scheduled an Initial Case Management Conference for October 18, 2006;

1  WHEREAS, the initial case management conference was rescheduled pursuant to a
2  Clerk's Notice dated August 21, 2006;
3  WHEREAS, plaintiffs filed a motion to remand the case to San Francisco Superior
4  Court on or about August 16, 2006;
5  WHEREAS, plaintiffs' motion to remand has been fully briefed and the parties are
6  currently attempting to schedule a date for oral argument;
7  WHEREAS, plaintiffs' motion to remand, if granted, will render the initial case
8  management conference in this Court unnecessary;
9  WHEREAS, the case is not at issue and the parties have agreed, and the Court has
10  ordered, that defendants need not file their response to the complaint until thirty (30) days after the
11  motion to remand is decided;
12  WHEREAS, the number of parties involved in this litigation, and the predominance
13  of out-of-state parties, have made it extraordinarily difficult to timely satisfy the parties' meet and
14  confer obligations and prepare their joint case management statement;
15  IT IS HEREBY STIPULATED, pursuant to Northern District of California Local
16  Rule 7-12, by and between the undersigned counsel for the parties, that the initial case
17  management conference shall be continued and, in the event remand is denied, shall be reset
18  approximately twenty-eight (28) days (or as soon thereafter as the Court's schedule permits)
19  following the decision on plaintiffs' motion to remand.
20  **The electronic filer attests that the individuals whose names appear below, have signed this**
21  **document. See General Order, Section X.**
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

| | | |
|---|---|---|
| 1 | Dated: October 30, 2006 | STEIN & LUBIN LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Tanya Herrera <br> TANYA HERRERA <br> Attorneys for Plaintiffs |
| 5 | | |
| 6 | Dated: October 30, 2006 | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | | |
| 8 | | By: /s/ Joseph E. Floren <br> JOSEPH E. FLOREN <br> Attorneys for The Goldman Sachs Group |
| 9 | | |
| 10 | | |
| 11 | Dated: October 30, 2006 | O'MELVENY & MYERS LLP |
| 12 | | |
| 13 | | By: /s/ Christopher D. Catalano <br> CHRISTOPHER D. CATALANO <br> Attorneys for Banc Of America Securities LLC |
| 14 | | |
| 15 | | |
| 16 | Dated: October 30, 2006 | CLIFFORD CHANCE US LLP |
| 17 | | |
| 18 | | By: /s/ Daniel R. Harris <br> DANIEL R. HARRIS <br> Attorneys for The Bank of New York |
| 19 | | |
| 20 | Dated: October 30, 2006 | PROSKAUER ROSE LLP |
| 21 | | |
| 22 | | |
| 23 | | By: /s/ Michael A. Firestein <br> MICHAEL A. FIRESTEIN <br> Attorneys for Bear, Stearns Securities Corp. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| Dated: October 30, 2006 | | WILMER CUTLER PICKERING HALE & DORR LLP |
| | By: | /s/ Mark D. Flanagan<br>MARK D. FLANAGAN<br>Attorneys for Citigroup, Inc.;<br>Credit Suisse (USA) Inc. |
| Dated: October 30, 2006 | | FENWICK & WEST |
| | By: | /s/ Dean S. Kristy<br>DEAN S. KRISTY<br>Attorneys for Deutsche Bank Securities, Inc. |
| Dated: October 30, 2006 | | HELLER EHRMAN LLP |
| | By: | /s/ Michael J. Shepard<br>MICHAEL J. SHEPARD<br>Attorneys for Lehman Brothers Inc. |
| Dated: October 30, 2006 | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | By: | /s/ James E. Lyons<br>JAMES E. LYONS<br>Attorneys for Merrill Lynch, Pierce, Fenner & Smith, Inc. |
| Dated: October 30, 2006 | | DAVIS POLK & WARDWELL |
| | By: | /s/ Rajat Soni<br>RAJAT SONI<br>Attorneys for Morgan Stanley & Co., Incorporated |

| | | |
|---|---|---|
| 1 | Dated: October 30, 2006 | KIRKLAND & ELLIS LLP |

By: _____/s/ Mark E. McKane_____
MARK E. McKANE
Attorneys for UBS Financial Services, Inc.

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**
The Case Management Conference in continued to Tuesday, February 6, 2007 at 2 pm. Joint Case Management Conference Statement due January 29, 2007.

Dated: 10/31/2006

By: _____*[signature]*_____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE